United States District Court
for the District of New Jersey

_____      :
                                                 :
**UNITED STATES OF AMERICA**                     :
                                                 :     Cr. No. 09-656
    Plaintiff                 :
                                                 :
    vs.                       :     Order of Reassignment
                                                 :
**GORDON D. MCDONALD, ET AL.**                   :
                                                 :
    Defendant                 :
_____      :


It is on this 8th day of March 2010,

O R D E R E D that the entitled action is reassigned

from Judge Joseph A. Greenaway, Jr. to Judge Susan D. Wigenton.


                         S/Garrett E. Brown, Jr.
                         Garrett E. Brown, Jr., Chief Judge
                         United States District Court